UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFOSYS LIMITED,<br><br>        Petitioner,<br><br>v.<br><br>WHITTLE MANAGEMENT, INC.,<br><br>        Respondent. | Case No. _____<br><br>Hon. _____<br>Mag. _____ |

## **RULE 7.1 STATEMENT**

Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner Infosys Limited certifies that it has no parent corporation and there is no publicly-held corporation owning 10% or more of its stock.

Dated:  May 14, 2021

Respectfully submitted,

*/s/ David Almeida*
BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
David Almeida
Charles Leuin (pro hac vice forthcoming)
Ashleigh J. Morpeau  (pro hac vice forthcoming)
71 S. Wacker Drive, Suite 1600
Chicago, IL  60606
Telephone:  (312) 212-4949
Email:  dalmeida@beneschlaw.com
             cleuin@beneschlaw.com
             amorpeau@beneschlaw.com

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 14, 2021, a copy of the foregoing Rule 7.1 Statement was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                   */s/ David Almeida*
                                                   David Almeida
                                                   *Attorney for Petitioner Infosys Limited*