**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

                    **Plaintiff(s),**

          **- against -**                              _____ Civ. _____(\_\_\_)

                                                  **CLERK'S CERTIFICATE**
                                                       **OF DEFAULT**

                    **Defendant(s),**
-------------------------------------------------------------X

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) <u>Whittle Management, Inc. (c/o Corporation Service Company)</u> by personally serving _____, *and proof of service was therefore filed on* _____, *Doc. #(s)* _____.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

        _____, 20\_\_\_                        **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                                            **By:** _____
                                                     **Deputy Clerk**