```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INFOSYS LIMITED

                Plaintiff(s),

21 Civ. 04372 (GHW)

- against -

CLERK'S CERTIFICATE
OF DEFAULT

WHITTLE MANAGMENT, INC.

                Defendant(s),
------------------------------------------------------------X

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 05/14/2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Whittle Management, Inc. (c/o Corporation Service Company) by personally serving Lynanne Gares, and proof of service was therefore filed on 06/07/2021, Doc. #(s) 6. I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      June 17, 2021

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

                                By: _____
                                         Deputy Clerk