USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                   :

INFOSYS LIMITED,                             :

                           Plaintiff,    :    1:21-cv-04372-GHW

                           -v -            :    <u>ORDER</u>

WHITTLE MANAGEMENT, INC.,     :

                         Defendant.   :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On May 14, 2021, Plaintiff filed a petition to compel arbitration. Dkt. No. 1. On June 17, 2021, the clerk of court entered a certificate of default against Defendant. Dkt. No. 12. The Court directs that Plaintiff file a letter containing a status update regarding this matter by no later than October 4, 2021.

      Plaintiff is directed to serve a copy of this order on Defendant.

      SO ORDERED.

Dated: September 27, 2021
       New York, New York

                                                      GREGORY H. WOODS
                                                United States District Judge