UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| INFOSYS LIMITED, | : |
| | : |
| | : Civil Action No. 1:21-cv-04372 (GHW) |
| Plaintiff, | : |
| v. | : |
| | : |
| WHITTLE MANAGEMENT, INC., | : |
| | : **NOTICE OF APPEARANCE** |
| Defendant. | : |

------------------------------------- x

Please take notice that Christopher W. Pendleton, an attorney with the law firm of BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, 200 Public Square, Cleveland, OH 44114, is admitted to practice in this court and hereby enters his appearance as counsel in this action for Plaintiff Infosys Limited.

Dated: October 4, 2021
New York, New York

Respectfully Submitted,

/s/ Christopher W. Pendleton
Christopher W. Pendleton
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
200 Public Square
Cleveland, OH 44114
Telephone: (216) 363-6219
cpendleton@beneschlaw.com
*Attorney for Plaintiff Infosys Limited*

## CERTIFICATE OF SERVICE

I hereby certify and affirm that on October 4, 2021, a true and correct copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and also sent by overnight mail to Defendant's registered agent, as well as by email to the employee of Defendant with whom Plaintiff has been communicating.

Dated: October 4, 2021
New York, New York

        Respectfully Submitted,

        */s/ Christopher W. Pendleton*
        Christopher W. Pendleton
        BENESCH, FRIEDLANDER, COPLAN
        & ARONOFF LLP
        200 Public Square
        Cleveland, OH 44114
        Telephone: (216) 363-6219
        cpendleton@beneschlaw.com
        *Attorney for Plaintiff Infosys Limited*