

Christopher W. Pendleton
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct Dial:  216.363.6219
Fax:  216.363.4588
cpendleton@beneschlaw.com

October 4, 2021

VIA ECF

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Infosys Limited v. Whittle Management, Inc.*, 1:21-cv-04372 (GHW)

Dear Judge Woods:

    This letter is submitted by Plaintiff Infosys Limited ("Infosys") as directed by the Court in its Order dated September 27, 2021 (Dkt. No. 15).  Since this matter was filed, the parties have had discussions regarding resolving the dispute between them, however those discussions appear to have stalled.  Absent a resolution in the next 21 days, Infosys intends to proceed in this matter.

    Respectfully submitted,

*/s/ Christopher W. Pendleton*
Christopher W. Pendleton
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
200 Public Square
Cleveland, OH 44114
Telephone: (216) 363-6219
cpendleton@beneschlaw.com
*Attorney for Plaintiff Infosys Limited*

cc: Whittle Management, Inc.
    Corporation Service Company
    251 Little Falls Drive
    Wilmington, DE 19808

## **CERTIFICATE OF SERVICE**

I hereby certify and affirm that on October 4, 2021, a true and correct copy of the foregoing letter to the Court was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and also sent by overnight mail to Defendant's registered agent, as well as by email to the employee of Defendant with whom Plaintiff has been communicating.

Dated:  October 4, 2021
        New York, New York

        Respectfully Submitted,

        */s/ Christopher W. Pendleton*
        Christopher W. Pendleton
        BENESCH, FRIEDLANDER, COPLAN
        & ARONOFF LLP
        200 Public Square
        Cleveland, OH 44114
        Telephone: (216) 363-6219
        cpendleton@beneschlaw.com
        *Attorney for Plaintiff Infosys Limited*