UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFOSYS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WHITTLE MANAGEMENT, INC.,<br><br>Defendant. | CASE NO. 1:21-CV-04372 (GHW)<br><br>JUDGE GREGORY H. WOODS |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED PLEADING

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Infosys Limited ("Infosys") respectfully moves this Court for leave to file an amended pleading. As set forth more fully in the accompanying *Memorandum of Law in Support of Plaintiff's Motion for Leave to File an Amended Pleading*, Infosys should be granted leave to file its amended pleading. Under Rule 15(a), there is a strong presumption in favor of permitting amendment, and there is no reason to depart from that presumption here. The requested amendment will not only serve the interests of justice, but the requested amendment will not unduly prejudice Whittle. Moreover, the requested amendment is not made in bad faith, with a dilatory motive, or otherwise futile.

For these reasons, as discussed more thoroughly in the attached Memorandum in Support, Infosys requests that the Court grant its Motion for Leave to File an Amended Pleading.

Dated: October 26, 2021                    Respectfully submitted,

                                           <u>/s/ Christopher W. Pendleton</u>
                                           Christopher W. Pendleton
                                           **BENESCH, FRIEDLANDER,**
                                           **COPLAN &**
                                           **ARONOFF LLP**
                                           200 Public Square
                                           Cleveland, OH 44107
                                           Telephone:  216.363.6219
                                           Facsimile:  216.363.4588
                                           cpendleton@beneschlaw.com

                                           *Attorneys for Infosys Limited*

**CERTIFICATE OF SERVICE**

      I hereby certify and affirm that on October 26, 2021, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and also sent by overnight mail to Defendant's registered agent, as well as by email to the employee of Defendant with whom Plaintiff has been communicating.

.

                                              */s/ Christopher W. Pendleton*

                                              *Counsel for Infosys Limited*