```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
INFOSYS LIMITED,                       :
                                       :
                                       :   1:21-cv-04372 (GHW)
                 Plaintiff,            :
      v.                               :
                                       :
WHITTLE MANAGEMENT, INC.,              :
                                       :   CLERK'S CERTIFICATE
                 Defendant.            :   OF DEFAULT
                                       :
                                       :
                                       :
                                       :
                                       :
------------------------------------- x
```

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 14, 2021 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Whittle Management, Inc. (c/o Corporation Service Company) by personally serving Lyanne Gares, and proof of service was therefore filed on June 7, 2021 (Dkt. No. 6).

I further certify that Plaintiff filed an amended complaint on October 30, 2021, a copy of which was served on Defendant Whittle Management, Inc. (c/o Corporation Service Company) by overnight FedEx to the following address:

> Whittle Management, Inc.
> Corporation Service Company
> 251 Little Falls Drive
> Wilmington, DE 19808

and by email to Raymond Bordwell, Global Head of Architecture and Construction for Defendant (rbordwell@whittleschool.org), and Joe Keeney, Global Director of Operations for Defendant (jkeeney@whittleschool.org). A certificate of service was filed with the amended complaint on October 30, 2021 (Dkt. No. 23 (Main Document)).

1

I further certify the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint or the amended complaint herein. The default of the Defendant is hereby noted.

Dated: _____, 2021
       New York, New York

RUBY J. KRAJICK
Clerk of Court

By: _____
      Deputy Clerk