

Christopher W. Pendleton
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct Dial: 216.363.6219
Fax: 216.363.4588
cpendleton@beneschlaw.com

February 23, 2022

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Infosys Limited v. Whittle Management, Inc.*, 1:21-cv-04372 (GHW)

Dear Judge Woods:

      This firm represents Plaintiff Infosys Limited ("Infosys") in the above-referenced action (the "Action"). We write to update the Court on the continued failure of Defendant Whittle Management, Inc. ("Whittle") to engage in the Action and request that default judgment be entered as referenced in the Court's Order to Show Cause Without Emergency Relief for Entry of Default Judgment Against Whittle Management, Inc. (the "Order to Show Cause," ECF No. 34) without the necessity of a hearing (or, alternatively, with a hearing conducted virtually).

      The time for Whittle to oppose the entry of a default judgment against it in the Action expired on February 16, 2022. Given that Whittle has not opposed the entry of such a judgment at this late date, Infosys questions whether the hearing currently scheduled to be held in-person in Your Honor's courtroom on March 16, 2022 at 2:00 p.m. is necessary. It is abundantly clear that Whittle has no intention of appearing at the hearing, despite this Court's order that it "show cause" then as to why a default judgment should not be entered against it. Indeed, a cursory search for recent lawsuits filed against Whittle in the New York courts returns no less than five separate actions appearing to involve similar claims that Whittle has elected to ignore.[1]

      A failure by Whittle to appear for the scheduled hearing in this Action would likely render moot any appearance for the same by the undersigned. An in-person hearing would also impose further unnecessary legal fees and costs on Infosys, especially given that the undersigned would be traveling to the hearing from Cleveland, Ohio. We respectfully request that Infosys not be harmed further by Whittle's abject refusal to participate in the Action.

---

[1] *Yurgosky Consulting Limited v. Whittle Management, Inc.*, 650033/2021 (Sup. Ct. N.Y. Cty); *Zurich American Insurance Company v. Whittle (US) Holdings, Inc. et al.*, 650202/2021 (Sup. Ct. N.Y. Cty); *Jaggaer, LLC v. Whittle Management, Inc. et al.*, 654540/2021 (Sup. Ct. N.Y. Cty); *Glenn Young v. G30 Management, Inc., Whittle Management, Inc., et al.*, 655823/2021 (Sup. Ct. N.Y. Cty); *Sterling Infosystems, Inc v. Whittle Management, Inc.*, 157711/2021 (Sup. Ct. N.Y. Cty).

15444473 v3

We thus respectfully request that the Court enter a default judgment against Whittle without holding the hearing currently scheduled for March 16, 2022.  That said, Infosys is happy and prepared to appear virtually or in-person that day, should the Court deem such a hearing necessary.

We thank the Court for its consideration of this request.

                        Respectfully submitted,

                        */s/ Christopher W. Pendleton*
                        Christopher W. Pendleton
                        BENESCH, FRIEDLANDER, COPLAN
                        & ARONOFF LLP
                        200 Public Square
                        Cleveland, OH 44114
                        Telephone: (216) 363-6219
                        cpendleton@beneschlaw.com
                        *Attorney for Plaintiff Infosys Limited*


cc: Whittle Management, Inc.
    Corporation Service Company
    251 Little Falls Drive
    Wilmington, DE 19808

    Whittle Management Inc.
    54 West 40th St., 10th Floor
    New York, NY 10018
    c/o Joe Keeney, Global Director of Operations
    jkeeney@whittleschool.org
    c/o Raymond Bordwell, Global Head of Architecture and Construction
    rbordwell@whittleschool.org
    (Via Email)