UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFOSYS LIMITED,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WHITTLE MANAGEMENT, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 1:21-CV-04372 (GHW)<br><br>JUDGE GREGORY H. WOODS |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on January 19, 2022, Plaintiff filed the Order to Show Cause Without Emergency Relief, the Declaration of Christopher Pendleton in Support of Order to Show Cause for Entry of Default Judgment Against Whittle Management, Inc. and the exhibits attached thereto, and the Memorandum of Law in Support Default Judgment Against Whittle Management, Inc. (collectively the "Default Judgment Motion") with this Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Default Judgment Motion will be held on **March 16, 2022, at 2:00 p.m. (ET),** before The Honorable Gregory H. Woods, United States District Judge for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that this Hearing will be held remotely via the **Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.**

15457251 v1

Dated: February 28, 2022	Respectfully submitted,

/s/ Christopher W. Pendleton
Christopher W. Pendleton
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square
Cleveland, OH 44107
Telephone: 216.363.6219
Facsimile: 216.363.4588
cpendleton@beneschlaw.com

*Attorneys for Infosys Limited*

15457251 v1