UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
INFOSYS LIMITED,                                         :
                                                         :
                              Plaintiff,                 :     1:21-cv-04372-GHW
                                                         :
              -v -                                       :     ORDER
                                                         :
WHITTLE MANAGEMENT, INC.,                                :
                                                         :
                              Defendant.                 :
                                                         :
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2022
```

GREGORY H. WOODS, United States District Judge:

In anticipation of tomorrow's order to show cause hearing, Plaintiff is directed to file a supplemental declaration setting forth the factual basis for its calculation of prejudgment interest at Exhibit I of the Declaration of Christopher Pendleton. Dkt. No. 31-9. In particular, the Court notes that several of the invoice dates[1] listed in Exhibit I do not match the dates on the master invoices attached at Exhibit F. *See* Dkt. Nos. 31-9 and 31-6.

Therefore, to the extent Plaintiff is seeking prejudgment interest for time not reflected in the master invoices, Plaintiff must file a declaration laying out the basis for that interest period on or before March 15, 2022 at 6:00 p.m.

Plaintiff is directed to serve a copy of this order on the defendant.

SO ORDERED.

Dated: March 15, 2022
       New York, New York

                                                      _____
                                                           GREGORY H. WOODS
                                                          United States District Judge

---

[1] The Court specifically directs Plaintiff's attention to the following "Child Invoice Nos," as the dates listed in Exhibit I in association with these invoice numbers differ from the dates listed in the master invoices: 6060269955, 6060310233, 6060327352, 6060393405, 6140097164, and 6340160983.